Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br>*Marilyn Henderson, et al. v. Pfizer Inc., et al*<br><br>**CASE NO. C-07-3296 CRB** | Case No. C-07-3296 CRB<br><br>MDL NO. 1699<br><br>District Judge: Charles R. Breyer<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiffs, Marilyn Henderson; Norman Sturgeon, and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: December 29, 2009

_____
Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  DATED: February 4, 2010

                                    _____
                                    Michelle W. Sadowsky
                                    DLA PIPER LLP (US)
                                    1251 Avenue of the Americas
                                    New York, NY 10020-1104
                                    212.335.4500
                                    *Attorneys for Defendants*


**APPROVED AND SO ORDERED.**


DATED: APR - 5 2010
                                    _____
                                    CHARLES R. BREYER
                                    UNITED STATES DISTRICT JUDGE

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**